1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  JARED D. RENFRO
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:10-cr-0014-MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE TRIAL |
| v. | ) | DATE AND ORDER THEREON |
| REGINALD KIRKSEY | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorney(s) of record, that the jury trial currently set for December 16, 2010, may be continued to **February 2, 2011**, at **9:00 a.m.** in Yosemite, before the Honorable Michael J. Seng, Magistrate Judge of the United States District Court.

This request is being made because the parties are attempting to resolve the matter prior to trial and due to conflicting schedules. Additional time is needed by the parties to discuss the offers and for further negotiation.

/ / /

1  The parties agree that the delay resulting from the continuance
2  shall be excluded in the interests of justice, and have stipulated
3  that excludable time started on October 5, 2010, and will stop on the
4  trial date of February 2, 2011.
5
6  Dated: December 1, 2010                Respectfully submitted,
7                                         BENJAMIN B. WAGNER
                                           United States Attorney
8
9
10                               By : /s/ Jared D. Renfro
                                      JARED D. RENFRO
11                                    Special Assistant U.S. Attorney
                                 AND
12
13                                    DANIEL J. BRODERICK
                                      Federal Defender
14
15                               By : /s/ Jeremy S. Kroger
                                      JEREMY S. KROGER
16                                    Assistant Federal Defender
                                      Attorneys for Defendant
17                                    REGINALD KIRKSEY
18
19
20                         **O R D E R**
21
22  IT IS SO ORDERED.  Time is excluded in the interests of justice.
23  It is presumed that the parties are aware that there is no jury panel
24  in Yosemite.  Accordingly, this Stipulation is read as stipulation to
25  trial by Court without a jury.
26  IT IS SO ORDERED.
27  Dated:   December 1, 2010         /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE
28